**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ELIZABETH OTTO, as Administrator of the Estate of JERRY OTTO, deceased, | : | CASE NO. 1:26-cv-00589 |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| INTERNATIONAL MOTORS, LLC, | : | |
| | : | |
| Defendant. | : | **JURY TRIAL DEMANDED** |

---

**STIPULATION CONCERNING REMAND OF ACTION
TO STATE COURT (DuPAGE COUNTY) WITH ORDER APPROVING STIPULATION
AND REMANDING ACTION TO THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL DISTRICT (DuPAGE COUNTY)**

---

        **IT IS STIPULATED** by and between Christian M. Leger, Esquire, Morgan & Morgan, P.A., counsel for plaintiff Elizabeth A. Otto, Administrator of the Estate of Jerry Otto, and Robert J. Hafner, Esquire, Goldberg Segalla LLP, counsel for defendant International Motors, LLC, that the above-captioned lawsuit should and can be with the approval of the Court remanded to the Circuit Court of the Eighteenth Judicial District (DuPage County – Case No. 2026LA000060).

Respectfully submitted,

| **MORGAN & MORGAN, P.A.** | **GOLDBERG SEGALLA LLP** |
|---|---|
| BY: *s/ Gregory J. Lamorena* <br> Gregory J. Lamorena, Esquire <br> 332 South Michigan Avenue, #900 <br> Chicago, IL 60603 <br> TEL: (312) 219-4018 <br> EMAIL:Gregory.lamorena@forthepeople.com | BY: *s/ Robert J. Hafner* <br> Robert J. Hafner, Esquire <br> (*pro hac vice*) <br> 301 Carnegie Center Drive, Suite 200 <br> Princeton, New Jersey 08540-6587 <br> (609) 986-1377 (Telephone) <br> (609) 986-1301 (Facsimile) <br> Email: rhafner@goldbergsegalla.com <br><br> *Attorney for defendant, International Motors, LLC* |

| | |
|---|---|
| BY: *s/ Christian M. Leger*<br>Christian M. Leger, Esquire<br>(*pro hac vice*)<br>20 North Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>(689) 256-2102 (Telephone)<br>Email: cleger@forthepeople.com<br><br>*Attorney for plaintiff, Elisabeth A. Otto, Administrator of the Estate of Jerry Otto* | |

Dated: March 11, 2026