**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Elizabeth Otto

          Plaintiff,

v.

                                      Case No.: 1:26–cv–00589
                                      Honorable LaShonda A. Hunt

International Motors, LLC

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 12, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to 28 U.S.C. § 1447 and the parties' stipulation [18], the Clerk's Office is directed to remand this case to the Circuit Court of of DuPage County, Illinois, forthwith. All motions [16] and deadlines [17] are terminated as moot. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.